STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

FLORENCE T. NAKAKUNI
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 0 1 2000

at ___ o'clock and ___ min. ___ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR00-00086  SOM |
| Plaintiff, | ) | INDICTMENT |
| | ) | (18 U.S.C. § 922(g)(1)) |
| vs. | ) | |
| STUART MACHADO, | ) | |
| Defendant. | ) | |

INDICTMENT

The Grand Jury charges that:

On or about December 17, 1999, in the District ·of
Hawaii, the defendant, STUART MACHADO, having been convicted of a
crime punishable by imprisonment for a term exceeding one year,
did knowingly possess in and affecting commerce the following
firearm, one (1) .45 caliber Remmington Model 1911, semi-
automatic pistol, Serial No. NO1334860.

All in violation of Title 18, United States Code, Section 922(g)(1).

DATED: _____ 3-1-00 _____, Honolulu, Hawaii.

A TRUE BILL

/S/

_____
FOREPERSON, GRAND JURY


_____
STEVEN S. ALM
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
FLORENCE T. NAKAKUNI
Assistant U.S. Attorney


USA v. Stuart Machado
Cr. No. 00-
"Indictment"

2